UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRICKLAYERS' & ALLIED CRAFTWORKERS LOCAL #2 ALBANY, NY PENSION FUND, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW ORIENTAL EDUCATION & TECHNOLOGY GROUP INC., CHENGGANG ZHOU, MICHAEL MINHONG YU and ZHIHUI YANG,<br><br>Defendants. | Case No.: 1:22-cv-01014-VM<br><br>Hon. Victor Marrero |
| ANDRES MIJARES-ORTEGA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW ORIENTAL EDUCATION & TECHNOLOGY GROUP INC., CHENGGANG ZHOU, MICHAEL MINHONG YU and ZHIHUI YANG,<br><br>Defendants. | Case No.: 1:22-cv-01876-VM<br><br>Hon. Victor Marrero |

**NOTICE OF MOTION OF POTRERO LLC FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Potrero LLC ("Potrero") respectfully moves this Court for an order: (1) consolidating the above-captioned actions (the "Actions"); (2) appointing Potrero as Lead Plaintiff pursuant to § 21D of the Securities Exchange Act of 1934 ("Exchange Act"), as

amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (3) approving Potrero's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

Potrero seeks consolidation of the Actions, appointment as lead plaintiff, and approval of its choice of counsel pursuant to the Exchange Act, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached Memorandum of Law, the Declaration of Adam M. Apton in support thereof, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Dated: April 5, 2022                              Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Potrero LLC and*
*[Proposed] Lead Counsel for the Class*