USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRICKLAYERS' & ALLIED CRAFTWORKERS LOCAL #2 ALBANY, NY PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>NEW ORIENTAL EDUCATION & TECHNOLOGY GROUP INC., CHENGGANG ZHOU, MICHAEL MINHONG YU, and ZHIHUI YANG,<br><br>      Defendants. | Case No. 1:22-cv-01014-VM |

*Caption continued on next page.*

**ORDER APPOINTING ACATIS INVESTMENT KAPITALVERWALTUNGSGESELLSCHAFT MBH AS LEAD PLAINTIFF, APPROVING ITS SELECTION OF LEAD COUNSEL, AND <u>CONSOLIDATING RELATED ACTIONS</u>**

|  |  |
|---|---|
| ANDRES MIJARES-ORTEGA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| NEW ORIENTAL EDUCATION & TECHNOLOGY GROUP INC., CHENGGANG ZHOU, MICHAEL MINHONG YU, and ZHIHUI YANG, | ) ) ) ) ) |
| Defendants. | ) ) ) |

Case No. 1:22-cv-01876-VM

Upon consideration of (i) the Motion of ACATIS Investment Kapitalverwaltungsgesellschaft mbH ("ACATIS") for appointment as Lead Plaintiff, approval of its selection of Lead Counsel, and consolidation of the above-captioned related securities class actions; (ii) the Memorandum of Law in support thereof; (iii) the Declaration of Avi Josefson in support thereof; and (iv) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1. ACATIS' Motion is **GRANTED**.

2. ACATIS is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned securities class actions and all related actions consolidated pursuant to paragraphs 4 and 5 of this Order.

3. ACATIS' selection of Lead Counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP is **APPOINTED** as Lead Counsel for the Class.

4. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)"), *Mijares-Ortega v. New Oriental Education & Technology Group Inc.*, No. 1:22-cv-01876-VM (S.D.N.Y.), is consolidated with *Bricklayers' & Allied Craftworkers Local #2 Albany, NY Pension Fund v. New Oriental Education & Technology Group Inc.*, No. 1:22-cv-01014-VM (S.D.N.Y.) (collectively, the "Consolidated Action").

5. In accordance with Rule 42(a), any pending, subsequently filed, removed, or transferred actions that are related to the claims asserted in the Consolidated Action are **CONSOLIDATED** for all purposes.

6. The Consolidated Action shall be captioned *In re New Oriental Education & Technology Group Inc. Securities Litigation*, and the file shall be maintained under Master File No. 1:22-cv-01014-VM.

**IT IS SO ORDERED.**

Dated: June 7, 2022

_____
Victor Marrero
U.S.D.J.