UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re New Oriental Education & Technology Group Inc. Securities Litigation | Case No. 1:22-cv-01014-JHR<br><br>Honorable Jennifer H. Rearden |

**DECLARATION OF MICHAEL D. BLATCHLEY IN SUPPORT OF
LEAD PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE OF THE
<u>EXECUTIVE DEFENDANTS</u>**

I, Michael D. Blatchley, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney admitted to practice before this Court and a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP, counsel for Lead Plaintiff, ACATIS Investment Kapitalverwaltungsgesellschaft mbH ("Lead Plaintiff") in the above-captioned case. I submit this Declaration in Support of Lead Plaintiff's Motion for Alternative Service of the Executive Defendants. I have personal knowledge of the facts stated in this Declaration and, if called upon, could and would testify competently thereto.

2. Attached hereto as Exhibits A to M are true and correct copies of the following documents:

| **Exhibit A:** | Email chain between counsel for Lead Plaintiff and Defendant New Oriental |
|---|---|
| **Exhibit B:** | Affidavit of Amy J. Bitkower, dated March 13, 2023 |
| **Exhibit C:** | Affidavit of Thomas R. McLean, dated January 6, 2023 |
| **Exhibit D:** | Form 20-F filed by Defendant New Oriental with the Securities & Exchange Commission on September 29, 2022 (excerpted) |

| **Exhibit E:** | Annual Report for Fiscal Year 2022 filed by Defendant New Oriental with the Hong Kong Stock Exchange on September 29, 2022 (excerpted) |
|---|---|
| **Exhibit F:** | Skadden Securities Litigation Homepage, https://www.skadden.com/capabilities/practices/litigationcontroversy/cc/securities-litigation |
| **Exhibit G:** | News Article, Financial Times, Skadden loses top lawyer to ByteDance amid China IPO chill (April 26, 2022), https://www.ft.com/content/530385e4-b36b-41b1-8470-235587d4ab4f |
| **Exhibit H:** | Form F-3 Registration Statement filed by Defendant New Oriental with the Securities & Exchange Commission on October 23, 2020 (excerpted) |
| **Exhibit I:** | Correspondence filed by Defendant New Oriental with the Securities & Exchange Commission on July 15, 2009 |
| **Exhibit J:** | Lawyer Profile of Paloma Wang, Chambers and Partners, available at https://chambers.com/lawyer/paloma-wang-global-2:1473010 (excerpted) |
| **Exhibit K:** | Lawyer Biography of Paloma Wang, Skadden, available at https://www.skadden.com/professionals/w/wang-paloma |
| **Exhibit L:** | Lawyer Profile of Haiping Li, Chambers and Partners, available at https://chambers.com/lawyer/haiping-li-global-2:25680080 (excerpted) |
| **Exhibit M:** | Lawyer Biography of Haiping Li, Skadden, available at https://www.skadden.com/professionals/l/li-haiping |

3.   I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 14, 2023          */s/ Michael D. Blatchley*
New York, New York             Michael D. Blatchley