# Exhibit A

| | |
|---|---|
| **From:** | Griffin, Michael C <Michael.Griffin@skadden.com> |
| **Sent:** | Friday, January 6, 2023 10:38 AM |
| **To:** | Michael Blatchley; Musoff, Scott D; Fumerton, Robert A |
| **Cc:** | Jonathan D'Errico; Mathews de Carvalho |
| **Subject:** | RE: Bricklayers' & Allied Craftworkers v. New Oriental Education, No. 1:22-cv-01014-VM |

**[External]**

Hi Mike – No change on our end. Your understanding remains correct.

Hope you all enjoyed the holidays as well. Thanks.

**From:** Michael Blatchley <MichaelB@blbglaw.com>
**Sent:** Thursday, January 5, 2023 10:50 AM
**To:** Musoff, Scott D (NYC) <Scott.Musoff@skadden.com>; Griffin, Michael C (NYC) <Michael.Griffin@skadden.com>; Fumerton, Robert A (NYC) <Robert.Fumerton@skadden.com>
**Cc:** Jonathan D'Errico <Jonathan.DErrico@blbglaw.com>; Mathews de Carvalho <Mathews.DeCarvalho@blbglaw.com>
**Subject:** [Ext] RE: Bricklayers' & Allied Craftworkers v. New Oriental Education, No. 1:22-cv-01014-VM

Hi Scott, Robert, and Michael,

I hope you all had a great New Year and enjoyed the holidays.

I'm writing to follow up on our efforts to effectuate service of the Second Amended Complaint on the Executive Defendants. Please let me know by close of business tomorrow if there are any changes to your responses to our inquiries below. Specifically, we understand that Skadden does not represent the Executive Defendants (Chenggang Zhou, Michael Minhong Yu, and Zhihui Yang), that neither New Oriental nor Skadden are authorized to accept service on their behalf, and that you are not authorized to provide us with the Executive Defendants' addresses.

Thanks very much.

Best,
Mike

Michael D. Blatchley
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, New York 10020
Direct Dial: (212) 554-1281
Mobile:  (917) 604-9922
Facsimile: (212) 554-1444
Email: michaelb@blbglaw.com

NOTICE

This email message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or constitutes attorney work product.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email and any attachment(s) is strictly prohibited.  If you have received this

email in error, please immediately notify the sender by replying to this email and delete the message and any attachment(s) from your system.  Thank you.

---

**From:** Griffin, Michael C <Michael.Griffin@skadden.com>
**Sent:** Tuesday, July 12, 2022 12:32 PM
**To:** Michael Blatchley <MichaelB@blbglaw.com>; Musoff, Scott D <Scott.Musoff@skadden.com>
**Cc:** Scott Foglietta <Scott.Foglietta@blbglaw.com>; Jonathan D'Errico <Jonathan.DErrico@blbglaw.com>; Fumerton, Robert A <Robert.Fumerton@skadden.com>
**Subject:** RE: Bricklayers' & Allied Craftworkers v. New Oriental Education, No. 1:22-cv-01014-VM

**[External]**

Hi Mike – As noted, we do not represent any of the Individual Defendants here. We are not authorized to share any addresses for them and cannot do so consistent with PRC law absent their explicit and specific consent (which we do not have).

---

**From:** Michael Blatchley <MichaelB@blbglaw.com>
**Sent:** Tuesday, July 12, 2022 9:33 AM
**To:** Griffin, Michael C (NYC) <Michael.Griffin@skadden.com>; Musoff, Scott D (NYC) <Scott.Musoff@skadden.com>
**Cc:** Scott Foglietta <Scott.Foglietta@blbglaw.com>; Jonathan D'Errico <Jonathan.DErrico@blbglaw.com>; Fumerton, Robert A (NYC) <Robert.Fumerton@skadden.com>
**Subject:** [Ext] Re: Bricklayers' & Allied Craftworkers v. New Oriental Education, No. 1:22-cv-01014-VM

Hi Scott, Robert, and Michael,

I'm writing to follow up on our request for address information for Chenggang Zhou, Michael Minhong Yu, and Zhihui Yang.

Based on the lack of response, we understand you are unable or unwilling to provide the requested information.  If that is not correct, please let us know when we can expect the requested addresses.

If it would be helpful to discuss, please do not hesitate to give me a call.

Thanks very much,
Mike

Michael D. Blatchley
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, New York 10020
Direct Dial: (212) 554-1281
Mobile:  (917) 604-9922
Facsimile: (212) 554-1444
Email: michaelb@blbglaw.com

NOTICE

This email message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or constitutes attorney work product.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email and any attachment(s) is strictly prohibited.  If you have received this email in error, please immediately notify the sender by replying to this email and delete the message and any attachment(s) from your system.  Thank you.