# Exhibit B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re New Oriental Education & Technology Group Inc. Securities Litigation | Civil Action No. 1:22-cv-01014-JHR<br><br>**AFFIDAVIT OF AMY J. BITKOWER** |

**<u>AFFIDAVIT OF AMY J. BITKOWER</u>**

I, Amy J. Bitkower, being duly sworn, declare under penalty of perjury:

1.      I am the Director of Investigations at the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz").  I have personal knowledge of the matters stated herein.

2.      I have an M.A. in Criminal Justice with a specialization in Criminal Law and Procedure from John Jay College of Criminal Justice and a B.A. in English from Emory University. I began my career at the New York County District Attorney's Office, where I was an investigative analyst working on investigations ranging from low-level criminal activities to highly-complex economic crimes.  I have taught courses in Criminology and Crime and Juvenile Delinquency at both Queens College and John Jay College of Criminal Justice.

3.      I have been employed as the Director of Investigations at Bernstein Litowitz since October 2006.  In that capacity, I am responsible for managing a team of highly-specialized in-house investigators.  Since December 1998, I have worked with attorneys on securities fraud investigations concerning a variety of industries.  During my tenure as Director of Investigations at Bernstein Litowitz, I have overseen hundreds of investigations into potential securities fraud, including locating addresses and contact information of witnesses for purposes of effectuating

service of process on defendants residing in the United States and abroad.  I have often been tasked to locate parties or witnesses in a litigation and to determine their current address, including in the People's Republic of China ("China").

4.      I was asked by the attorneys overseeing this litigation to conduct an investigation to locate the current residential addresses of Michael Minhong Yu, Chenggang Zhou, and Zhihui Yang (collectively, the "Executive Defendants").

5.      I conducted an extensive investigation using public records and databases to identify addresses for service of process on each of the Executive Defendants, and could not identify addresses for them anywhere in the world.  Specifically, based on that search and to the best of my knowledge, the Executive Defendants do not have an address in New York or the United States.  Further, my search did not identify any publicly-available addresses for the Executive Defendants in China.

6.      Thereafter, Bernstein Litowitz retained the services of Gryphon Strategies ("Gryphon"), a third-party agency and a leader in the investigations and business intelligence fields.  Gryphon performs due diligence, internal investigations, data mining and analytics, litigation support, and global strategic and political risk advisory.  Gryphon has experience identifying residential addresses for individuals throughout the world and has personnel in China for conducting such investigations.

7.      Gryphon conducted a search of public corporate records in China, which sometimes includes addresses for individuals who are corporate officers, to see if any residential addresses for the Executive Defendants could be identified.  This search for addresses yielded the following for the Executive Defendants:

- **Minhong Yu**: According to company files updated in May 2022, Minhong Yu was associated with the following address: No. 3 Houying Beishangpo, Qinglongqiao

Subdistrict, Haidian District, Beijing, PRC 100031 (中国北京市海淀区青龙桥后营北上坡3号 100031).

- **Zhihui Yang**: According to company files last dated in June 2017, Yang Zhihui was associated with the following address: No. 2202, Floor 112, Wang Jing Garden, Chaoyang District, Beijing (北京市朝阳区望京花园112号楼2202室).

- **Chenggang Zhou**: Two addresses were identified for Chenggang Zhou; however, both addresses were commercial addresses belonging to New Oriental, and not residential. Specifically, the search identified 9/F. No. 6 Haidian Zhong Street, Haidian District, Beijing, China 100080 (中国北京市海淀区海淀中街6号新东方大厦9层), which is an office address for New Oriental, and 40th Floor, Dah Sing Financial Centre, No. 248 Queen's Road East, Wanchai, Hong Kong (香港灣仔皇后大道東248號大新金融中心40層), which is another office address for New Oriental.

8.    To determine whether the addresses that were identified for Minhong Yu and Zhihui Yang could be used to attempt service, Bernstein Litowitz instructed Gryphon to conduct additional research concerning the properties at these locations.  Accordingly, Gryphon dispatched an investigator to physically examine No. 3 Houying Beishangpo, Qinglongqiao Subdistrict, Haidian District, Beijing in early March 2023.  During this site visit, the investigator was unable to locate any building at the identified address, which was instead a demolition site.  The investigator spoke to individuals and security personnel who worked at the hotel across the street at No. 2 Houying Beishangpo, as well as local residents, who confirmed that the building at No. 3 Houying Beishangpo had been demolished in 2018, and that no construction activity had since taken place.  Images of the site at No. 3 Houying Beishangpo, Qinglongqiao Subdistrict, Haidian District, Beijing, as of March 2023 are attached to this Affidavit as Exhibits A and B.  Based on this research and physical inspection, it was concluded that this address was not a current residential address for Defendant Yu that could be used for service.

9.    Gryphon also conducted additional diligence on the address identified as associated with Defendant Yang at No. 2202, Floor 112, Wang Jing Garden, Chaoyang District.  That diligence confirmed that the property at No. 2202, Floor 112, Wang Jing Garden, Chaoyang

3

District, Beijing was placed on auction by the People's Court of Chaoyang District, Beijing in October 2022. The property was bought and sold by two third parties, neither of whom is Defendant Yang, nor individuals that Gryphon was able to identify as individuals associated with Defendant Yang. This investigation uncovered no indication that No. 2202, Floor 112, Wang Jing Garden, Chaoyang District, Beijing is a residential address for Defendant Yang.

10.    Gryphon could not identify any other addresses associated with the Executive Defendants.

11.    I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: March 13, 2023

Amy J. Bitkower

# **Exhibit A**



# Exhibit B

