# Exhibit E

*Hong Kong Exchanges and Clearing Limited and The Stock Exchange of Hong Kong Limited (the "**Hong Kong Stock Exchange**") take no responsibility for the contents of this announcement, make no representation as to its accuracy or completeness and expressly disclaim any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this announcement.*



# NEW ORIENTAL EDUCATION & TECHNOLOGY GROUP INC.
## 新 东 方 教 育 科 技（集 团）有 限 公 司 *
*(continued in the Cayman Islands with limited liability)*
**(Stock Code: 9901)**

# ANNUAL REPORT FOR FY2022

We are pleased to publish our annual report for the fiscal year ended May 31, 2022, containing our audited annual results for this reporting period. This document is provided to our shareholders as our annual report pursuant to Rule 13.46(2) of the *Rules Governing the Listing of Securities on The Stock Exchange of Hong Kong Limited*. This document is available on the websites of Hong Kong Stock Exchange (www.hkexnews.hk) and our website (http://investor.neworiental.org/).

**Summary content:**

**Section A: Extracted Form 20-F**  2
— Extracted sections of Form 20-F  3
— Exhibit 8.1  140
**Section B: Independent Auditor's Report**  141
— Independent auditor's report  143
— Consolidated financial statements for FY2022  146
— Notes to the consolidated financial statements  155

By order of the Board
**New Oriental Education & Technology Group Inc.
Mr. Michael Minhong Yu**
*Chairman*

Beijing, China, September 29, 2022

*As at the date of this announcement, the board of directors of the Company comprises Mr. Michael Minhong Yu, Mr. Chenggang Zhou and Mr. Louis T. Hsieh as directors and Mr. Robin Yanhong Li, Mr. Denny Lee and Mr. John Zhuang Yang as independent directors.*

\*  for identification purposes only.

**Section A**
**Extracted Form 20-F**

The following section is a re-production of extracted portions of the full set of the Form 20-F of the Company that was filed with the Securities and Exchange Commission of the United States of America (the "**SEC**") on September 29, 2022 (New York Time). The full Form 20-F of the Company (including full text of exhibits) is available on the SEC website.

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 20-F

**(Mark One)**

☐ **REGISTRATION STATEMENT PURSUANT TO SECTION 12(B) OR 12(G) OF THE SECURITIES EXCHANGE ACT OF 1934**

OR

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(D) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended May 31, 2022.

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(D) OF THE SECURITIES EXCHANGE ACT OF 1934**

OR

☐ **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(D) OF THE SECURITIES EXCHANGE ACT OF 1934**

Date of event requiring this shell company report _____

For the transition period from _____ to _____

Commission file number: 001-32993

# NEW ORIENTAL EDUCATION & TECHNOLOGY GROUP INC.
**(Exact name of Registrant as specified in its charter)**

**N/A**
**(Translation of Registrant's name into English)**

**Cayman Islands**
**(Jurisdiction of incorporation or organization)**

**No. 6 Hai Dian Zhong Street**
**Haidian District, Beijing 100080**
**People's Republic of China**
**(Address of principal executive offices)**

**Zhihui Yang, Executive President and Chief Financial Officer**
Tel: +(86 10) 6090-8000
E-mail: yangzhihui@xdf.cn

**Legal and Administrative Proceedings**

From time to time, we have been and may be subject to legal or regulatory proceedings, investigations and claims incidental to the conduct of our business.

*Litigation*

Our company and certain of our officers and directors were named as defendants in a putative securities class action filed in the United States District Court for the District of New Jersey: *Amy Chan v. New Oriental Education & Technology Group Inc., et al.*, Civil Action No. 16-cv-9279-KSH-CLW (filed on December 15, 2016). On May 30, 2017, the lead plaintiffs filed their first amended complaint alleging that the Company's public filings contained material misstatements and omissions in violation of the federal securities laws. On July 31, 2017, our company filed a motion to dismiss the first amended complaint. On July 3, 2019, the court granted our company's motion to dismiss the first amended complaint in its entirety for failure to state a claim. On August 19, 2019, the lead plaintiffs filed a second amended complaint advancing similar allegations against defendants as the first amended complaint. On September 3, 2019, our company filed a motion to dismiss the second amended complaint. On May 5, 2020, the court administratively terminated the case and all pending motions upon the parties' notification of their intention to settle the matter. On June 4, 2021, the court granted preliminary approval of the parties' settlement. On October 20, 2021, the court granted final approval of the settlement, in which our company agreed, among other things, to pay US$3,150,000 to resolve all claims and causes of action that arise out of or relate in any way to the allegations in this class action. With this final approval of the settlement, this securities class action against the company has been substantially resolved.

Separately, beginning in February 2022, our company and certain of our officers and directors were named as defendants in two related securities class actions filed in the United States District Court for the Southern District of New York. In June 2022, these actions were consolidated under the caption *In re New Oriental Education & Technology Group Inc. Securities Litigation*, No. 1:22-CV-01014. On September 2, 2022, Lead Plaintiff filed its amended consolidated complaint purportedly on behalf of a class of persons who purchased or acquired our company's ADSs between October 23, 2018 and July 25, 2021, alleging that defendants' statements contained alleged misstatements and omissions regarding our company's business and compliance practices in violation of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder. Although we intend to defend against this action vigorously, this action remains in its preliminary stage, and we are unable to estimate the possible outcome or loss or possible range of loss, if any, associated with the resolution of this case.

For risks and uncertainties relating to the pending class action against us, please see "Item 3. Key Information—D. Risk Factors—Risks Related to Our Business—We and certain of our directors and officers have been named as a defendant in a putative shareholder class action lawsuit that could have a material adverse impact on our business, financial condition, results of operations, cash flows and reputation."

We have been subject to copyright, trademark and trade name infringement claims and legal proceedings in the past which related to, among other things, infringement of third parties' copyrights in materials distributed by us and the unauthorized use of a third party's name in connection with the marketing and promotion of one of our programs, and we may be subject to similar claims and legal proceedings from time to time in the future. See "Item 3. Key Information—D. Risk Factors—Risks Related to Our Business—Third parties have in the past brought intellectual property infringement claims against us based on the content of the books and other teaching or marketing materials that we or our teachers authored and/or distributed and may bring similar claims against us in the future."

**Dividend Policy**

On July 25, 2017, our board of directors declared a special cash dividend in the amount of US$0.45 per ADS. The cash dividend was paid in October 2017 to shareholders of record at the close of business on September 6, 2017. The aggregate amount of cash dividends paid was approximately US$71.2 million. We currently do not have any dividend policy.

New Oriental is a holding company incorporated in the Cayman Islands. We may rely on dividends from our subsidiaries in China and consulting, license and other fees paid to us by New Oriental China and its schools and subsidiaries for our cash requirements, including any debt we may incur. PRC regulations may restrict the ability of our PRC subsidiaries and New Oriental China and its schools and subsidiaries to pay dividends to us. See "Item 3. Key Information—D. Risk Factors—Risks Related to Our Corporate Structure—We may rely on dividends and other distributions on equity paid by our wholly-owned subsidiaries to fund any cash and financing requirements we may have, and any limitation on the ability of our subsidiaries or New Oriental China and its schools and subsidiaries to make payments to us could have a material adverse effect on our ability to conduct our business."

Our board of directors has complete discretion regarding whether to declare and distribute dividends. Even if our board of directors decides to pay dividends, the form, frequency and amount will depend upon our future operations and earnings, capital requirements and surplus, general financial condition, contractual restrictions and other factors that the board of directors may deem relevant. If we pay any dividends, we will pay our ADS holders to the same extent as holders of our common shares, subject to the terms of the deposit agreement, including the fees and expenses payable thereunder.

## SIGNATURES

The registrant hereby certifies that it meets all of the requirements for filing on Form 20-F and that it has duly caused and authorized the undersigned to sign this annual report on its behalf.

|   |   |
|---|---|
|   | **NEW ORIENTAL EDUCATION & TECHNOLOGY GROUP INC.** |
|   |   |
|   | By:   /s/ Chenggang Zhou |
|   | Name:  Chenggang Thou |
|   | Title:  Chief Executive Officer |

Date: September 29, 2022