# Exhibit F



Home / Capabilities / Practices / Litigation/Controversy / Securities Litigation

# Securities Litigation

Consumer Financial Services  //  ERISA Litigation  //  Financial Services Litigation  //  Intellectual Property Litigation  //  International Litigation and Arbitration  //  Investment Management Litigation  //  Litigation  //  Mass Torts, Insurance and Consumer Litigation  //  Securities Litigation  //  Supreme Court and Appellate Litigation

Related Professionals

## Overview

Skadden's global securities litigation practice is widely regarded as one of the most preeminent groups of attorneys focused on challenging, high-stakes securities litigation matters — "bet-the-company" cases that demand a full range of skills, in and out of the courtroom. According to Lex Machina, for the period January 1, 2019, through February 28, 2023, Skadden has defended more federal securities actions and federal securities class actions than any other firm.



Our litigators have extensive experience in trial and appellate courts at the federal and state levels, before administrative tribunals, in arbitrations and other dispute resolution proceedings, and before government agencies. We represent clients in securities class actions and derivative actions across a wide range of industries, including, among many others:

- Accounting
- Biotechnology and Life Sciences
- Blockchain and Cryptocurrency
- Consulting
- Education
- Energy and Utilities
- Financial Institutions, Hedge Funds and Private Equity
- Health Care
- Industrial and Manufacturing
- Insurance
- Metals and Mining
- Pharmaceuticals
- Retail, Food and Beverage
- Technology, Media and Telecommunications

- Transportation and Automotive

## Leaders in Securities Litigation

Our securities litigation attorneys are dedicated to providing exceptional client service with an emphasis on creativity, collaboration and efficiency. We work with clients to assess their case within the context of their overall business and legal objectives, and we strive to deliver results that meet these goals at every stage of litigation. According to *Chambers USA 2022*:

- "Their work is worth its weight in gold. They provide advice in a timely manner and are always on call to deal with any issue that comes up."
- "They partner incredibly well with internal counsel as well as other firms and have a collegial and collaborative approach."
- "Very attentive and understands our goals as the client."
- "Operates seamlessly across the world."
- "Thorough, diligent and truly impressive."

## Recent Accolades

Skadden has been recognized by numerous publications for our securities litigation work. Recent accolades include:

- Named 2021 Litigation Department of the Year and a 2022 Litigation Department of the Year finalist – *New York Law Journal*
- Named 2023 Law Firm of the Year Mergers and Acquisitions Litigation – *U.S. News Best Lawyers* Best Law Firms
- Consistently ranked in the top tier for nationwide securities litigation, including in 2022 – *Chambers USA*
- Voted No. 1 for Securities Litigation in 2023 Best Law Firms ranking and every year since 2011 – *Vault*
- Ranked in the top tier for Crypto-Asset Disputes – USA — *Chambers FinTech 2023*
- Named as a 2021 Securities Group of the Year – *Law360*
- Again named a member of the Fearsome Foursome — the four elite law firm litigation practices that general counsel would "least want to face across the table in litigation" — BTI Consulting Group 2023
- Recognized as a 2021 Litigation Department of the Year finalist – *The American Lawyer*

- Tier 1 for 2022 in Securities Litigation Defense – *The Legal 500*
- "Powerhouse" for securities and finance litigation – BTI's *2020 Litigation Outlook* report
- Recognized among the top firms for delivering the best client service – BTI's *2021 Client Service A-Team Report*

## Selected Client Representations

We represent clients ranging from *Fortune* 100 to emerging market companies in every industry in securities litigation matters around the world. A few recent representations include, among others:

- Asterias Biotherapeutics, Inc.
- Baidu, Inc.
- Banco Itaú S.A.
- Bank of America
- Biogen
- BlackRock, Inc.
- Boston Scientific Corporation
- BRF S.A.
- Canadian Imperial Bank of Commerce
- Canopy Growth Corporation
- Centene Corporation
- Cheetah Mobile Inc.
- Citigroup Inc.
- Coinbase Inc.
- Coty Inc.
- DiDi Global
- Embraer S.A.
- ExxonMobil Corporation
- FedEx Corporation
- Fifth Third Bank

- Goldman Sachs Group, Inc.
- Groupon
- iRobot
- Johnson & Johnson
- JPMorgan Chase & Co.
- Lightspeed
- LVMH
- Maker Ecosystem Growth Holdings
- Morgan Stanley
- NIO
- Nokia Corporation
- Pfizer Inc.
- Portland General Electric
- QIWI plc
- Realogy Holdings Corp.
- Société Générale S.A.
- Sprint Corporation
- Southwestern Energy
- Telegram
- UBS Group AG
- Unilever
- WeWork
- Yahoo!
- Zillow Group, Inc.

# Global Platform

Skadden's global securities litigation presence positions us to advise clients around the world on U.S. securities litigation issues. Our U.S.-trained litigators, based in Europe, Asia and Latin America, have the unique ability to assemble collaborative teams with deep and relevant experience across our worldwide platform.

We represent issuers and financial institutions from all over the world, including:

- Australia
- Brazil
- Canada
- China
- Colombia
- Denmark
- France
- Germany
- Ireland
- Israel
- Italy
- Japan
- Malaysia
- Mexico
- Scotland
- Singapore
- Spain
- Sweden
- Switzerland
- United Kingdom

## Trial Support

Skadden's integrated, multidisciplinary team of trial support consultants assists our litigators in a variety of contexts, including with client presentations, appearances before regulatory bodies, mediation or arbitration, and in the courtroom.

Our attorneys work with our trial support consultants to develop trial themes and arguments, conduct research, prepare witnesses to testify, distill complex ideas into understandable and

appealing visuals, plan for smooth and efficient courtroom logistics, and provide fast and comprehensive access to critical information in high-stakes situations.

**Jury Research**

From early testing of case themes to real-time evaluations of potential jurors based on our database of several thousand questionnaires, our jury research efforts support our litigators through:

- focus groups and mock trials;
- theme development;
- witness preparation; and
- jury selection.

**Trial Coordination**

Our trial support consultants efficiently manage the process associated with the entire trial, including evidence preparation tasks like pretrial filings, exhibit lists, deposition designations and case records. They also plan the on-site logistics for trial, such as identifying locations, coordinating contract negotiations and developing budgets; they then manage every aspect of the litigation "war room" to ensure that they meet any and all production requests during the course of the trial while facilitating seamless coordination of courtroom mechanics

**Graphic Design**

Our trial support consultants conceive and create compelling, persuasive graphics for use at trial, making it easier for jurors and judges to understand the case. They also possess the technological know-how to ensure that presentations are flawlessly executed, avoiding the negative impression that technical difficulties or poorly presented visuals can make.

# Recent Insights & News

## Publications

### Inside the Courts – March 2023

The Angels in the Details: The Importance of Carefully Drafted Board Minutes

Skadden Discusses Suit Alleging NBA "Top Shot" NFTs Were Securities

# Events

New York City Bar Association Securities Litigation Update

Developments and Trends in Delaware Law A Review of 2022 and What to Expect in 2023

Developments and Trends in Securities Litigation: A Year-End Update for 2022 and a Look Ahead to 2023

# News

GSX Wins Dismissal of Securities Suit

Securities Litigator Mark R.S. Foster Joins Skadden as a Partner in Palo Alto

Coinbase Defendants Win Dismissal of Securities Class Action

Case 1:22-cv-01014-LTS   Document 71-6   Filed 03/14/23   Page 10 of 10

# Related Capabilities

Litigation

White Collar Defense and Investigations