# Exhibit H

F-3ASR 1 d29529df3asr.htm FORM F-3

**Table of Contents**

As filed with the Securities and Exchange Commission on October 23, 2020

Registration No. 333-

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM F-3
## REGISTRATION STATEMENT

*Under*
*the Securities Act of 1933*

# New Oriental Education & Technology Group Inc.

**(Exact name of registrant as specified in its charter)**

**Not Applicable**
**(Translation of Registrant's name into English)**

| **Cayman Islands** | | **Not Applicable** |
|---|---|---|
| **(State or other jurisdiction of incorporation or organization)** | | **(I.R.S. Employer Identification Number)** |

**No. 6 Hai Dian Zhong Street**
**Haidian District**
**Beijing 100080, People's Republic of China**
**(86 10) 6090-8000**
**(Address and telephone number of Registrant's principal executive offices)**

**Cogency Global Inc.**
**122 East 42nd Street, 18th Floor**
**New York, NY 10168**
**(800) 221-0102**
**(Name, address, and telephone number of agent for service)**

*Copies to:*

| **Zhihui Yang** | **Z. Julie Gao, Esq.** | **Haiping Li, Esq.** |
|---|---|---|
| Chief Financial Officer | Skadden, Arps, Slate, Meagher & Flom LLP | Skadden, Arps, Slate, Meagher & Flom LLP |
| No. 6 Hai Dian Zhong Street | c/o 42/F, Edinburgh Tower | 46/F, Jing An Kerry Centre, |
| Haidian District | The Landmark | Tower II |
| Beijing 100080 | 15 Queen's Road Central | 1539 Nanjing West Road |
| People's Republic of China | Hong Kong | Shanghai 200040, China |
| +86 10 6090-8000 | +852 3740-4700 | +86 21-6193-8200 |

**Approximate date of commencement of proposed sale to the public:** From time to time after the effective date of this registration statement.

If only securities being registered on this Form are being offered pursuant to dividend or interest reinvestment plans, please check the following box. ☐

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box. ☒

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a registration statement pursuant to General Instruction I.C. or a post-effective amendment thereto that shall become effective upon filing with the Commission pursuant to Rule 462(e) under the Securities Act, check the following box. ☒

If this Form is a post-effective amendment to a registration statement filed pursuant to General Instruction I.C. filed to register additional securities or additional classes of securities pursuant to Rule 413(b) under the Securities Act, check the following box. ☐

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933.

Emerging growth company ☐

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards† provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

† The term "new or revised financial accounting standard" refers to any update issued by the Financial Accounting Standards Board to its Accounting Standards Codification after April 5, 2012.