# Exhibit J



Home / Global / Paloma Wang

Lawyer profile

# Paloma Wang

Global 2023: Capital Markets: Equity (International Firms)

Skadden, Arps, Slate, Meagher & Flom and Affiliates

www.skadden.com



**Email address**
paloma.wang@skadden.com

**Contact number**
+852 3740 6888

Share profile

---

**Lawyer Rankings**    Chambers Review    Strengths    Similar Lawyers

## Global Guide 2023

2 yrs ranked

### Ranked in 1 Practice Areas

| 4 | Capital Markets: Equity (International Firms) |
|---|---|
|   | 2 Years Ranked |

### Ranked in Guides

Greater China Region 2023 >

---

## Chambers Review

Provided by Chambers

### Global

#### Capital Markets: Equity (International Firms) - China

4   Band 4

**Paloma Wang** earns a ranking after a strong year advising issuers and underwriters on biotech IPOs from her base in Skadden's Hong Kong office.

Learn more about this team    ❖    View ranking table

## Strengths

Provided by Chambers



> "She's one of the most experienced lawyers in dealing with primary and secondary listings."

Capital Markets: Equity (International Firms) client
Global



> "Paloma is very committed to her clients and always there to help."

Capital Markets: Equity (International Firms) client
Global

## Discover other Lawyers at Skadden, Arps, Slate, Meagher & Flom and Affiliates

Provided by Chambers

Filter by

Location…    Practice area…    Band

### Austria

Capital Markets



**Stephan Hutter**
Germany expertise based abroad
View Profile ›

### Belgium

Competition: EU