# Exhibit K

# Paloma Wang

Partner, Hong Kong
Corporate

**Skadden**



T: 852.3740.6888
paloma.wang@skadden.com

**Education**
PC.LL, City University of Hong Kong, 2003

B.A. Law, University of Oxford, 2002

B.A., China University of Politics and Law, 1999

**Bar Admissions**
Hong Kong

**Languages**
English

Mandarin

Cantonese

Paloma Wang is co-head of the firm's China practice, focusing on public listings and other corporate matters. She represents both issuers and underwriters in initial public offerings on the Hong Kong Stock Exchange, advising investors and corporates on private equity investments and counseling listed issuers on compliance, general corporate and regulatory matters.

Ms. Wang was named IPO Lawyer of the Year at the ALM Asia Legal Awards 2021 and Dealmakers of Asia 2021 in the China Dealmakers category by *Asian Legal Business*. She was also recognized as a Leading Individual by *Asia Pacific Legal 500 2022* and listed as a Rising Star Partner for Equity Capital Markets by *IFLR1000* in 2022.

Ms. Wang's experience (including prior to joining Skadden) includes advising:

- **Baidu, Inc.** in its US$1 billion offering of green bonds in two tranches: US$300 million of 1.625% notes due 2027 and US$700 million of 2.375% notes due 2031. The green bonds were listed on the Hong Kong Stock Exchange. This is Baidu's first sustainable bonds offering;

- **Li Auto Inc.** in its US$1.52 billion offering of Class A ordinary shares and dual-primary listing on the Hong Kong Stock Exchange;

- **Xiaomi Corporation** in the US$1.2 billion Rule 144A/Regulation S offering of bonds by its subsidiary, Xiaomi Best Time International Limited (Hong Kong), in two tranches: US$400 million of 4.10% senior green bonds due 2051 and US$800 million of 2.875% senior bonds due 2031. The bonds were listed on the Hong Kong Stock Exchange;

- **JD.com, Inc.** in its US$4.27 billion secondary listing of new ordinary shares on the Hong Kong Stock Exchange. This was the largest global offering on the Hong Kong Stock Exchange in 2020, and the second-largest globally;

- **JD Health International Inc.** in its US$3.47 billion initial public offering and listing on the Hong Kong Stock Exchange. This was the largest IPO in Hong Kong in 2020 and the second-largest listing, with the largest being parent company JD.com's secondary listing;

- **JD Logistics, Inc.** in its US$3.2 billion initial public offering and listing on the Hong Kong Stock Exchange;

- **NetEase, Inc.** in its US$3.1 billion secondary listing of new ordinary shares on the Hong Kong Stock Exchange;

- **Baidu, Inc.** in its US$3.1 billion global offering and secondary listing of ordinary shares on the Hong Kong Stock Exchange;

- **Bilibili Inc.** in its US$2.6 billion global offering and secondary listing of Class Z ordinary shares on the Hong Kong Stock Exchange;

- **New Oriental Education & Technology Group Inc.** in its US$1.3 billion secondary listing of new ordinary shares on the Hong Kong Stock Exchange;

- **ZTO Express (Cayman) Inc.** in its US$1.25 billion secondary listing of Class A ordinary shares on the Hong Kong Stock Exchange;

- **Trip.com Group Limited** in its US$1.1 billion global offering and secondary listing of ordinary shares on the Hong Kong Stock Exchange;

- **Linklogis Inc.** in its US$1.03 billion initial public offering and listing on the Hong Kong Stock Exchange (representing the underwriters);

- **Autohome Inc.** in its US$688 million secondary listing of ordinary shares on the Hong Kong Stock Exchange;

# Paloma Wang
## Continued

- **Bairong Inc.** in its US$507 million initial public offering and listing on the Hong Kong Stock Exchange;
- **Yidu Technology Inc.** in its US$531 million initial public offering and listing on the Hong Kong Stock Exchange;
- **Everest Medicines** in its US$451 million initial public offering and listing on the Hong Kong Stock Exchange;
- **JHBP (CY) Holdings Limited** (Genor Biopharma) in its US$371 million initial public offering and listing on the Hong Kong Stock Exchange;
- **HBM Holdings Limited (Harbour BioMed)** in its US$221 million initial public offering on the Hong Kong Stock Exchange;
- **Neusoft Education** in its US$134 million initial public offering and listing on the Hong Kong Stock Exchange;
- **Cathay Media and Education Group** in its US$183 million initial public offering on the Hong Kong Stock Exchange;
- **InnoCare Pharma Limited** in its US$314 million initial public offering on the Hong Kong Stock Exchange (representing the underwriters);
- **Innovent Biologics, Inc.** in its:
  - US$484 million global offering and listing on the Hong Kong Stock Exchange;
  - US$300 million top-up issuance;
  - US$304 million placing of new shares under the general mandate; and
  - US$363 million placing of new shares and concurrent US$267 million sale of existing shares;
- **Pharmaron Beijing Co., Ltd.** in its US$683 million initial public offering of H shares and listing on the Hong Kong Stock Exchange (representing the underwriters);
- **China YuHua Education Corporation Limited** in its HK$940 million Regulation S offering of 3.00% convertible bonds due 2020. The bonds were listed on the Hong Kong Stock Exchange;
- **Koolearn Technology Holding Limited (China)** in its:
  - US$246 million initial public offering and listing on the Hong Kong Stock Exchange; and
  - acquisition of the remaining 49% equity interest in Dongfang Youbo for RMB 94 million (US$13.4 million);
- **CStone Pharmaceuticals** in its US$285 million initial public offering and listing on the Hong Kong Stock Exchange (representing the underwriters);
- **Tianli Education International Holdings Limited** in its initial public offering in Hong Kong;
- **China Renaissance Holdings Limited** in its US$350 million initial public offering and listing on the Hong Kong Stock Exchange;
- **WuXi Biologics (Cayman) Inc.** and **G&C VII Limited** in their respective capacities as the issuer and controlling shareholder on the approximately US$600 million placing of new shares and existing shares;
- **WuXi Biologics Holdings Limited** in the sale of its existing shares of WuXi Biologics (Cayman) Inc. for a consideration of approximately US$650 million;
- **WuXi Biologics (Cayman) Inc.** in its US$510 million global offering and initial public offering on the Hong Kong Stock Exchange (representing the underwriters);
- **Haihe Biopharma (Cayman) Limited**, a developer of tumor-related drugs, on its US$146.6 million Series A financing led by Huagai Capital;
- **Future Land Development Holdings Limited** in its:
  - approximately US$265 million global offering and initial public offering on the Hong Kong Stock Exchange; and
  - approximately US$200 million top-up share placing and issuance of approximately US$300 million convertible notes;
- **Sinco Pharmaceuticals Holdings Limited** in its global offering and initial public offering on the Hong Kong Stock Exchange;
- **CGN Power Co. Ltd.**, China's largest nuclear power producer, in its US$3.2 billion global offering and initial public offering on the Hong Kong Stock Exchange;
- **Danone Asia Pte. Ltd.** in its sale of Dumex Baby Food Co., Ltd. to Yashili International Holdings Limited and investment in China Mengniu Dairy Company Limited;
- **Midas Holdings Limited**, a Singapore-incorporated company, in its approximately US$150 million secondary listing on the Hong Kong Stock Exchange;
- **Besunyen Holdings Company Limited** in its HK$1.3 billion global offering and initial public offering of on the Hong Kong Stock Exchange (representing the underwriters);
- **China Animal Healthcare Ltd.** in its listing by way of introduction of on the Hong Kong Stock Exchange (representing the underwriters);
- **Dali Foods Group Company Limited** in its US$1.15 billion global offering and initial public offering of on the Hong Kong Stock Exchange (representing the underwriters);

# Paloma Wang
**Continued**

- **Guorui Properties Limited** in its US$203 million global offering and initial public offering of on the Hong Kong Stock Exchange (representing the underwriters);
- **China Machinery Engineering Corporation** in its US$500 million global offering and initial public offering of H shares of on the Hong Kong Stock Exchange (representing the underwriters); and
- **Tianjin Port Development Limited** in its US$135 million global offering and initial public offering through a spin-off from Tianjin Development (representing the underwriters).

Ms. Wang joined Skadden in 2018 and was previously a partner in the capital markets practice of another highly regarded law firm. She speaks fluent English, Mandarin and Cantonese.