# Exhibit L



Home / Global / Haiping Li

Lawyer profile

# Haiping Li

Global 2023: Capital Markets: Equity (International Firms)

Skadden, Arps, Slate, Meagher & Flom LLP & Affiliates

www.skadden.com



| Email address | Contact number |
|---|---|
| haiping.li@skadden.com | +86 21 6193 8210 |

Share profile

- Lawyer Rankings
- Chambers Review
- Strengths
- Similar Lawyers

# Global Guide 2023

4 yrs ranked

## Ranked in 1 Practice Areas

| 3 | Capital Markets: Equity (International Firms) |
|---|---|
|   | 4 Years Ranked |

## Ranked in Guides

Greater China Region 2023 >

# Chambers Review

Provided by Chambers

## Global

### Capital Markets: Equity (International Firms) - China

| 3 | Band 3 |
|---|---|

**Li Haiping** is head of Skadden's Shanghai office and often advises Chinese TMT and biotech companies on IPOs and follow-on listings.

Learn more about this team ❖ View ranking table

## Strengths
Provided by Chambers

> "Haiping has always been providing high-quality services in an efficient manner."
>
> Capital Markets: Equity (International Firms)
> client
> Global

> "Haiping always walks in the client's shoes."
>
> Capital Markets: Equity (International Firms)
> client
> Global

## Discover other Lawyers at Skadden, Arps, Slate, Meagher & Flom LLP & Affiliates
Provided by Chambers

Filter by

Location...    Practice area...    Band

### Austria
Capital Markets

**Stephan Hutter**
Germany expertise based abroad

View Profile ›

### Belgium
Competition: EU

**Frederic Depoortere**
2   Band 2